

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### LUFKIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CASE NO. 9:05-CR-50 |
| | § | |
| FERNANDO AYALA a/k/a | § | |
| JOSE ANGEL ACUNA | § | |

## MEMORANDUM ORDER
## ADOPTING FINDINGS OF FACT AND RECOMMENDATION
## ON DEFENDANT'S GUILTY PLEA

By order, the Court referred this matter to the Honorable Keith F. Giblin, United States

Magistrate Judge, at Beaumont, Texas, for administration of a guilty plea under Rules 11 and 32 of

the Federal Rules of Criminal Procedure.  Judge Giblin conducted a hearing in the form and manner

prescribed by Federal Rule of Criminal Procedure 11 and issued his *Findings of Fact and*

*Recommendation on Guilty Plea Before the United States Magistrate Judge* [Clerk's doc. #34].  The

Magistrate Judge recommended that the Court accept Defendant's guilty plea and conditionally

accept the plea agreement.  He further recommended that the Court finally adjudge Defendant as

guilty on **Count 1** of the **Information** filed against Defendant in this cause.

The parties have not objected to the magistrate's findings.  The Court is of the opinion that the *Findings of Fact and Recommendation on Guilty Plea* should be accepted.  It is, therefore, **ORDERED** that the *Findings of Fact and Recommendation on Guilty Plea* [Clerk's doc. #34] of the United States Magistrate Judge are **ADOPTED.**  Defendant's plea agreement is conditionally **ACCEPTED** by the Court at this time.  It is further **ORDERED** that, in accordance with Defendant's guilty plea and the magistrate's findings and recommendation, Defendant, Fernando Ayala a/k/a Jose Angel Acuna, is hereby adjudged as guilty on **Count 1** of the charging **Information**, charging violations of Title 18, United States Code, Section 1952(a)(3).

**SIGNED** this the 16 day of **March, 2006.**

Thad Heartfield
United States District Judge